| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* CDIL Docket No. 06-10033-004 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 08 CR 50005 |
| NAME AND ADDRESS OF SUPERVISED RELEASEE: DOUGLAS SHERMAN | | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION PEORIA |
| | | NAME OF SENTENCING JUDGE HONORABLE MICHAEL M. MIHM | |
| | | DATES OF SUPERVISED RELEASE: | FROM 11/15/07 — TO 11/14/12 |
| OFFENSE CONSPIRACY TO DISTRIBUTE COCAINE BASE 21:846 AND 841(b)(1)(A) | | | |

**FILED FEB 0 6 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**FILED FEB 0 1 2008**
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

1/15/08
Date

*/s/ Michael M. Mihm*
HONORABLE MICHAEL M. MIHM
U.S. District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/23/08
Effective Date

*/s/ Frederick J. Kapala*
Honorable Frederick J. Kapala, Rockford
United States District Judge

DDH/jd

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-10033-MMM-JAG-4
### Internal Use Only

Case title: USA v. Bennett et al

Date Filed: 04/20/2006
Date Terminated: 11/20/2007

Assigned to: Judge Michael M. Mihm
Referred to: Magistrate Judge John A. Gorman

### Defendant (4)

**Douglas Sherman**
*TERMINATED: 11/20/2007*

represented by **Timothy J Cusack**
PO Box 10461
Peoria, IL 61612-0461
309-678-6969
Fax: 309-673-2612
Email: timothycusack@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: _____

### Pending Counts

21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS
From in or about 2004 to in or about 2006 in Peoria County within the CDIL and elsewhere, Dfts herein did knowingly conspire, confederate, and agree with others to commit certain acts in violation of the laws of the US, to wit: to knowingly distribute more than 50 grams of a mixture and substance containing cocaine

### Disposition

Defendant is sentenced to time served, 5 years supervised release, no fine and $100 special assessment.

base (crack), a Schedule II controlled substance, in violation of 21 USC 846 and 841(b)(1)(A).
(1)

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE On or about 9/16/05 in Peoria within the CDIL, Dfts herein did knowingly distribute a mixture and substance containing cocaine base (crack), a Schedule II controlled substance in violation of 21 USC 841(a)(1) and 841(b)(1)(C) and 18 USC 2. (12) | Oral motion by Government to dismiss count 12 - no objection - same granted. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA     represented by    **Bradley W Murphy**
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: brad.murphy@usdoj.gov

*TERMINATED: 04/24/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**K Tate Chambers**
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: tate.chambers@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2006 | 1 | +++ **SEALED INDICTMENT** as to Adrein Bennett (1) count(s) 1, 2-17, Terry Bennett (2) count(s) 1, 4, 11, Neashon Washington (3) count(s) 1, 2-3, 5-7, 14, 16-18, Douglas Sherman (4) count(s) 1, 12, Kontyus Robinson (5) count(s) 1, 8-10, 12. (MC, ilcd) (Entered: 04/21/2006) |
| 04/24/2006 | | Attorney update in case as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson. Attorney K Tate Chambers for USA added. Attorney Bradley W Murphy terminated. (TK, ilcd) (Entered: 04/24/2006) |
| 04/26/2006 | | NOTICE OF HEARING as to Douglas Sherman. Initial Appearance/Arraignment set for 4/26/2006 at 02:30 PM in Courtroom C before Magistrate Judge John A. Gorman. (TK, ilcd) (Entered: 04/26/2006) |
| 04/26/2006 | | Case unsealed as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (TK, ilcd) (Entered: 04/26/2006) |
| 04/26/2006 | | Attorney update in case as to Douglas Sherman. Attorney Timothy J Cusack for Douglas Sherman added. (TK, ilcd) (Entered: 04/26/2006) |
| 04/26/2006 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Chambers |

|  |  | and cja atty Tim Cusack with Dft Douglas Sherman for Initial Appearance/Arraignment as to Count 1,12 on 4/26/2006 at 2:30 PM. Same held. Dft advised of charges and possible penalties. Dft advised of right to hire counsel. Dft requests appointed counsel. Court questions Dft as to financial status. Court finds Dft indigent and appoints cja atty Cusack, who is now present in open court with the Dft. Court informs Dft he may be responsible for partial cja fees due to Dft's income. Dft enters plea of not guilty and demands a trial by jury. Case is set for Pretrial Conference on 6/16/2006 at 02:30 PM, and Jury Trial on 6/26/2006 at 08:30 AM, both in person in Peoria in Courtroom A before Judge Michael M. Mihm. Gvt requests detention of the Dft. Court orders Dft detained pending trial. Order of detention to enter. Dft remanded to the custody of the US Marshal. Scheduling order entered. Section 4 to counsel. Judge Mihm continuance memo handed out in open court. (Tape #C 469 1937-2291.) (TK, ilcd) Modified on 3/2/2007 to include Dft's name(TK, ilcd). (Entered: 04/26/2006) |
|---|---|---|
| 04/26/2006 | 7 | ORDER OF DETENTION PENDING TRIAL as to Douglas Sherman Entered by Judge John A. Gorman on 4/26/06. (TK, ilcd) (Entered: 04/26/2006) |
| 04/26/2006 | 8 | SCHEDULING ORDER as to Douglas Sherman Entered by Judge John A. Gorman on 4/26/06. (TK, ilcd) Additional attachment(s) added on 4/27/2006 (TK, ilcd). (Entered: 04/26/2006) |
| 04/26/2006 | 9 | CJA 23 Financial Affidavit by Douglas Sherman (TK, ilcd) (Entered: 04/26/2006) |
| 04/26/2006 | 10 | CJA 20 as to Douglas Sherman: Appointment of Attorney Timothy J Cusack for Douglas Sherman. . Entered by Judge John A. Gorman on 4/26/06. (TK, ilcd) (Entered: 04/26/2006) |
| 04/27/2006 |  | ORAL MOTION by Defendant Douglas Sherman to be evaluated for drug/alcohol addiction. (KB, ilcd) (Entered: 04/27/2006) |
| 04/27/2006 |  | Minute Entry for proceedings held before Judge John A. Gorman. Parties present in open court by AUSA Chambers, Atty Tim Cusack with defendant Sherman (04) for detention hearing. Oral motion by defendant to have |

| | | |
|---|---|---|
| | | drug/alcohol evaluation - same granted. With agreement of all parties, Defendant Sherman to be remanded to custody of FBI until 3:00 p.m. today in order for defendant to be transported for evaluation. Case set for continued Detention Hearing at 3:00 p.m. on Thursday, 4/27/2006 in person in Peoria (in Courtroom C) before Magistrate Judge John A. Gorman. (Tape #C-469 (2616 - 2721).) (KB, ilcd) (Entered: 04/27/2006) |
| 04/27/2006 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Chambers and cja atty Tim Cusack with Dft Douglas Sherman for Bond Hearing held on 4/27/2006 at 4:00 PM. All parties agree to release of Dft. Court orders Dft released on $10,000 OR Bond with special conditions. Dft to reside with third party custodians, Gordon and Barbara Sherman. Bond papers to enter. (Tape #C470 527-645.) (TK, ilcd) (Entered: 04/28/2006) |
| 04/27/2006 | 18 | Appearance Bond Entered as to Douglas Sherman in amount of $ 10,000 OR. (TK, ilcd) (Entered: 04/28/2006) |
| 04/27/2006 | 19 | ORDER Setting Conditions of Release DOUGLAS SHERMAN. Entered by Judge John A. Gorman on 4/27/06. (TK, ilcd) Additional attachment-amended page 2 of bond papers added on 7/12/2006 (HK, ilcd). Modified on 7/12/2006 (HK, ilcd). Additional attachment(s) added on 7/25/2006 (KB, ilcd). Additional attachment(s) added, on 9/1/2006 bond conditions changed (KB, ilcd). Additional attachment(s) added on 11/6/2006 (SM, ilcd). Additional attachment(s) added on 3/30/2007 (TK, ilcd). (Entered: 04/28/2006) |
| 05/04/2006 | 28 | Arrest Warrant Returned Executed on 4/27/06 as to Douglas Sherman. (TK, ilcd) (Entered: 05/04/2006) |
| 06/09/2006 | | Set/Reset Deadlines/Hearings as to Douglas Sherman: Pretrial Conference as to Douglas Sherman only set for 6/13/2006 at 03:00 PM in Courtroom A before Judge Michael M. Mihm. (c: All Counsel/USM/USPO/Ct. Rept.) (MMM0, ilcd) (Entered: 06/09/2006) |
| 06/13/2006 | | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court by AUSA Murphy, Atty Cusack with defendant Douglas Sherman for pending |

| | | |
|---|---|---|
| | | motions/pretrial conference at 3:00 p.m. on Tuesday, 6/13/06 - status held. Defendant being interviewed for PADI Court. Jury trial previously set for 6/26/06 is vacated. Case set for Status Conference at 3:30 p.m. on 7/14/2006 in person in Peoria (Courtroom A) before Judge Michael M. Mihm. The court finds the time from 6/13/06 to 7/14/06 excludable under the Speedy Trial Act. Defendant remains on bond. (Court Reporter KH.) (KB, ilcd) (Entered: 06/13/2006) |
| 06/28/2006 | | TEXT ONLY ORDER as to Douglas Sherman: Pursuant to agreement by all parties, condition (7)(t): Electronic Monitoring is hereby removed from the conditions of bond originally entered on 4/27/06 as defendant has complied with the electronic monitoring program. Entered by Judge John A. Gorman on 6/28/06. (WW, ilcd) (Entered: 06/28/2006) |
| 06/28/2006 | 40 | Remark: amended page 2 of bond papers for Douglas Sherman attached to #19 as electronic monitoring condition removed (HK, ilcd) (Entered: 07/12/2006) |
| 07/06/2006 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Murphy and CJA Timothy Cusack with dft Douglas Sherman on Thursday 7/6/06 at 9:00 AM for PADI/Status Conference. Discussion held regarding acceptance into the PADI program. Further PADI/Status Conference set for Thursday 7/20/2006 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C475 2724-2975.) (SM, ilcd) (Entered: 07/06/2006) |
| 07/06/2006 | | Remark: Bond conditions amended on 7/6/06 adding condition 7(v). Copy of page 2 attached to #19. (KB, ilcd) (Entered: 07/25/2006) |
| 07/06/2006 | | TEXT ORDER entered by Judge John A. Gorman on 7/6/06 as to Douglas Sherman.Order of conditions of release reflect change in conditions wherein defendant to participate in the PADI Program. The Court makes the interest of justice finding under the Speedy trial Act re: any delay in trial. (KB, ilcd) (Entered: 09/05/2006) |
| 07/20/2006 | | Minute Entry for proceedings held before Judge John A. Gorman. Parties present in open court by AUSA Chambers, |

| | | |
|---|---|---|
| | | defendant Douglas Sherman with Atty Tim Cusack for PADI/Status Conference at 9:00 a.m. on Thursday, 7/20/2006 - same held. Condition 7 (v) added to bond conditions as of 7/6/06 - bond papers reflect the changes. Case set for PADI/Status Conference at 9:00 a.m. on Thursday, 8/3/2006 in person in Peoria (Courtroom C) before Magistrate Judge John A. Gorman. (Tape #C-477 (2234-2461).) (KB, ilcd) (Entered: 07/20/2006) |
| 08/03/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and CJA Timothy Cusack with dft Douglas Sherman for PADI/Status Conference on Thursday 8/3/2006 at 9:00 AM. Further PADI/Status Conference set for Thursday 8/17/2006 at 9:00 AM in person in Peoria in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C478 1965-2180.) (SM, ilcd) (Entered: 08/03/2006) |
| 08/17/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Murphy (for Chambers) and CJA Cusack with dft Douglas Sherman for PADI/Status Conference on Thursday, 8/17/2006 at 9:00 AM. Further PADI/Status Conference set for Friday, 9/1/2006 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C480 (323-533).) (SM, ilcd) (Entered: 08/17/2006) |
| 09/01/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and cja Atty Timothy Cusack with dft Douglas Sherman for PADI/Status Conference on Friday, 9/1/2006 at 9:00 AM. Same held. Bond conditions added-bond papers reflect changes. Further PADI/Status Conference set for Friday, 9/15/2006 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C481 (945-1278).) (SM, ilcd) (Entered: 09/01/2006) |
| 09/01/2006 | | Remark: Changes made to conditions of release (#19) for defendant Douglas Sherman: (6) deleted, (7)(t)(ii)and (w) added. Bond papers reflect the changes and copy attached to #19. (KB, ilcd) (Entered: 09/05/2006) |
| 09/15/2006 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Campbell (for Chambers) and cja atty Tim Cusack with Dft Douglas |

|  |  | Sherman for PADI/Status Conference on Friday, 9/15/2006 at 9:00 AM. Same held. Case is set for PADI/Status Conference on Friday, 9/29/2006 at 09:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C 482 543-937.) (TK, ilcd) (Entered: 09/15/2006) |
|---|---|---|
| 09/29/2006 |  | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Brost (for Chambers) and CJA Atty Timothy Cusack with dft Douglas Sherman for PADI/Status Conference on Friday, 9/29/2006. Same held. Further PADI/Status Conference set for Thursday, 10/12/2006 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C482 1363-2097.) (SM, ilcd) (Entered: 09/29/2006) |
| 10/12/2006 |  | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and cja Cusack with dft Sherman for PADI/Status Conference on Thursday, 10/12/2006. Same held. Further PADI/Status Conference set for Thursday, 10/26/2006 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C483 1622-2366.) (SM, ilcd) (Entered: 10/12/2006) |
| 10/16/2006 | 46 | +++ **SEALED DOCUMENT.** (TK, ilcd) (Entered: 10/16/2006) |
| 10/16/2006 |  | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and CJA Cusack with dft Sherman for Initial Appearance re Revocation of Pretrial Release on Monday, 10/16/2006. Dft and counsel acknowledge receipt of petition. Discussion held re dfts status in PADI program. Court sets the following schedule: Pretrial Conference set for 12/28/2006 at 11:00 AM and Jury Trial set for 1/29/2007 at 8:30 AM both in Courtroom A before Judge Michael M. Mihm. Scheduling order distributed in open court. The Court makes an excludable finding from today to Jury Trial set for 1/29/07 to meet the ends of justice. Govt requests detention of the dft. Court orders dft detained pending bond hearing set for Monday, 10/30/2006 at 10:00 AM in Courtroom C before Magistrate Judge John A. Gorman. Dft remanded to the custody of the US Marshal. Temporary Detention order to enter. (Tape #C483 246-505.) (SM, ilcd) Modified on 10/20/2006 (SM, ilcd). (Entered: 10/17/2006) |

| | | |
|---|---|---|
| 10/16/2006 | | TEXT ORDER Entered by Judge John A. Gorman on 10/16/06 as to Douglas Sherman. PADI/Status Conference set for Thursday, 10/26/06 at 9:00 AM Vacated- See 10/16/06 minutes. (SM, ilcd) (Entered: 10/17/2006) |
| 10/16/2006 | 48 | SCHEDULING ORDER as to Douglas Sherman. Entered by Judge John A. Gorman on 10/16/06. (SM, ilcd) (Entered: 10/17/2006) |
| 10/16/2006 | 49 | ORDER OF Temporary DETENTION pending hearing as to Douglas Sherman. Entered by Judge John A. Gorman on 10/16/06. (SM, ilcd) (Entered: 10/17/2006) |
| 10/20/2006 | | TEXT ORDER Entered by Judge John A. Gorman on 10/20/06 as to Douglas Sherman re Initial Appearance - Revocation Proceedings held on 10/16/06. Docket Text modified by clerk to read discussion held re dfts status in PADI program. Case set for PADI/Status Conference on Thursday, 10/26/2006 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman re Douglas Sherman. (SM, ilcd) (Entered: 10/20/2006) |
| 10/23/2006 | 50 | Arrest Warrant Returned Executed on 10/16/06 in Peoria, IL as to Douglas Sherman. (TK, ilcd) (Entered: 10/23/2006) |
| 10/25/2006 | 51 | Supplemental Petition for Action on Conditions of pretrial Release by USA as to Douglas Sherman. Let this supplemental petition be considered along with the petition for action filed on 10/16/06 entered by Magistrate Judge John A. Gorman (HK, ilcd) (Entered: 10/25/2006) |
| 10/26/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Murphy (for Chambers) and cja Cusack with dft Sherman for PADI/Status Conference on Thursday, 10/26/2006. Dft and counsel acknowledge receipt of supplemental petition. Case remains set for Bond hearing re petition on Monday, 10/30/06 at 10:00 AM before Judge John A. Gorman in Courtroom C. (Tape #C485 64-304.) (SM, ilcd) (Entered: 10/27/2006) |
| 10/30/2006 | | Oral MOTION to Continue Bond Hearing by Douglas Sherman. (SM, ilcd) (Entered: 10/31/2006) |
| 10/30/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Murphy |

| | | |
|---|---|---|
| | | (for Chambers) and CJA Cusack with dft Sherman for Bond hearing on Monday, 10/30/06. Oral Motion to Continue Bond Hearing as to Douglas Sherman(4). No objections. Motion GRANTED. Bond Hearing continued to Monday, 11/6/2006 at 10:30 AM in Courtroom C before Magistrate Judge John A. Gorman. Dft remanded to the custody of the US Marshal. (Tape #C485 950-1049.) (SM, ilcd) (Entered: 10/31/2006) |
| 11/06/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and cja Cusack with dft Sherman for Bond hearing on 11/6/2006. Govt suggests release of dft on bond with special conditions. Dft released on previous conditions of bond with condition 7(t)(iii)-Home Incarceration added. Bond papers reflect change. Pending Petitions are moot. Case remains set for Pending Motions/Pretrial Conference on Thursday, 12/28/06 at 11:00 AM and Jury Trial on Monday, 1/29/07 at 8:30 AM both in Courtroom A before Judge Michael M. Mihm. (Tape #C487 1070-1217.) (SM, ilcd) (Entered: 11/06/2006) |
| 12/08/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and dft Sherman without counsel for PADI/Status Conference on Friday, 12/8/2006. Same held. Further PADI/Status Conference set for Thursday, 12/21/2006 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C491 (192-477).) (SM, ilcd) (Entered: 12/08/2006) |
| 12/21/2006 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and dft Douglas Sherman without counsel for PADI/Status Conference on Thursday, 12/21/2006 at 9:00 AM. Same held. Further PADI/Status Conference set for Thursday, 1/4/2007 at 9:00 AM in Courtroom C before Judge John A. Gorman. (Tape #C492 (1478-1843).) (SM, ilcd) (Entered: 12/21/2006) |
| 12/21/2006 | | Set Hearings as to Douglas Sherman: PADI/Status Conference set for Thursday, 1/4/2007 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (SM, ilcd) (Entered: 12/21/2006) |
| | | |

| | | |
|---|---|---|
| 01/04/2007 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Campbell (for Chambers) and CJA Cusack with dft Sherman for PADI/Status Conference on Thursday, 1/4/2007 - Same held. Further PADI/Status Conference set for Thursday, 1/18/2007 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C493 (822-1026).) (SM, ilcd) (Entered: 01/04/2007) |
| 01/12/2007 | | TEXT ORDER entered by Judge John A. Gorman on 1/12/07 as to Defendant Douglas Sherman. The pending motions/pretrial conference set for 12/28/06 and jury trial set for 1/29/07 are vacated. Court makes the interest of justice finding under the Speedy Trial Act re: any delay in trial (starting 12/8/06). (KB, ilcd) (Entered: 01/12/2007) |
| 01/18/2007 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Chambers and Dft Douglas Sherman without Counsel for PADI/Status Conference on Thursday, 1/18/2007. Same held. Further PADI/Status Conference set for Thursday, 2/1/2007 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #C495 (0-273).) (SM, ilcd) (Entered: 01/18/2007) |
| 02/01/2007 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Murphy (for Chambers) and dft Sherman without counsel for PADI/Status Conference on Thursday, 2/1/2007. Further PADI/Status Conference set for Thursday, 2/15/2007 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #PR 9:39 A.M.) (SM, ilcd) (Entered: 02/01/2007) |
| 02/06/2007 | 63 | NOTICE *of Expert Witness Testimony* by USA as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (Attachments: # 1 Exhibit Moore Summary# 2 Exhibit Marion Summary# 3 Exhibit Roemer Summary# 4 Exhibit Little Summary)(Chambers, K) (Entered: 02/06/2007) |
| 02/06/2007 | 64 | PETITION for Writ of Habeas Corpus ad testificandum *for James Terry, Proposed Order and Writ* by USA as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson. (Chambers, K) |

| | | |
|---|---|---|
| | | (Entered: 02/06/2007) |
| 02/06/2007 | 65 | PETITION for Writ of Habeas Corpus ad testificandum *for Barbara Darling, Proposed Order and Writ* by USA as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson. (Chambers, K) (Entered: 02/06/2007) |
| 02/07/2007 | 66 | ORDER Entered by Judge Michael M. Mihm on 2/7/07 granting 64 Motion for Writ of Habeas Corpus ad testificandum as to Adrein Bennett (1). Writ of Habeas Corpus ad Testificandum to be issued for inmate James Terry, Reg No. R33857.(TK, ilcd) (Entered: 02/07/2007) |
| 02/07/2007 | 67 | ORDER Entered by Judge Michael M. Mihm on 2/7/07 granting 65 Motion for Writ of Habeas Corpus ad testificandum as to Adrein Bennett (1), et al. Writ of Habeas Corpus ad testificandum to be issued for inmate Barbara Darling, Reg No R80657. (TK, ilcd) (Entered: 02/07/2007) |
| 02/07/2007 | 68 | Writ of Habeas Corpus ad Testificandum Issued as to inmate James Terry, Inmate No. R33857, returnable on 2/12/07 at 8:30 AM in case as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (TK, ilcd) (Entered: 02/07/2007) |
| 02/07/2007 | 69 | Writ of Habeas Corpus ad Testificandum Issued as to inmate Barbara Darling, Inmate No. R80657 returnable on 2/12/07 at 8:30 AM in case as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (TK, ilcd) (Entered: 02/07/2007) |
| 02/08/2007 | 71 | PETITION for Writ of Habeas Corpus ad testificandum *Proposed Order and Writ as to James Terry* by USA as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson. (Chambers, K) (Entered: 02/08/2007) |
| 02/08/2007 | 72 | PETITION for Writ of Habeas Corpus ad testificandum *Proposed Order and Writ as to Barbara Darling* by USA as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson. (Chambers, K) (Entered: 02/08/2007) |
| 02/08/2007 | 75 | ORDER granting 71 Motion for Writ of Habeas Corpus ad |

| | | |
|---|---|---|
| | | testificandum as to Adrein Bennett (1), Terry Bennett (2), Neashon Washington (3), Douglas Sherman (4), Kontyus Robinson (5) to be isued for inmate James Terry, Reg33857. Entered by Judge Michael M. Mihm on 2/8/2007. (SM, ilcd) (Entered: 02/08/2007) |
| 02/08/2007 | 76 | ORDER granting 72 Motion for Writ of Habeas Corpus ad testificandum as to all defendants. Writ of Habeas Corpus ad testificandum to be issued for inmate Barbara Darling, Reg No R80657. Entered by Judge Michael M. Mihm on 2/8/2007. (SM, ilcd) (Entered: 02/08/2007) |
| 02/08/2007 | 77 | Writ of Habeas Corpus ad Testificandum Issued as to inmate James Terry No. R33857, returnable on Wednesday, 2/14/2007 at 8:30 AM in case as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (SM, ilcd) (Entered: 02/08/2007) |
| 02/08/2007 | 78 | Writ of Habeas Corpus ad Testificandum Issued as to inmate Barbara Darling No. R80657 returnable Wednesday, 2/14/2007 at 8:30 AM in case as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (SM, ilcd) (Entered: 02/08/2007) |
| 02/12/2007 | 83 | Subpoena returned executed 2/12/07 on Steve Brock re: Neashon Washington(HK, ilcd) (Entered: 02/12/2007) |
| 02/14/2007 | 88 | NOTICE *of Expert Witness Testimony (Supplemental)* by USA as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (Attachments: # 1 Exhibit Nielsen CV)(Chambers, K) (Entered: 02/14/2007) |
| 02/14/2007 | 89 | NOTICE *of Expert Witness Testimony (Supplemental)* by USA as to Adrein Bennett, Terry Bennett, Neashon Washington, Douglas Sherman, Kontyus Robinson (Attachments: # 1 Exhibit Ellis CV)(Chambers, K) (Entered: 02/14/2007) |
| 02/15/2007 | | Minute Entry for proceedings held before Judge John A. Gorman. Parties present in open court by AUSA Brost (for Chambers), Atty Cusack with defendant Douglas Sherman for PADI/Status Conference at 9:00 a.m. on Thurs, 2/15/2007 - same held. Case set for PADI/Status Conference at 9:00 a.m. on Thurs, 3/1/2007 in person in Peoria (Courtroom C) before Magistrate Judge John A. |

| | | |
|---|---|---|
| | | Gorman. (Tape #PR-9:37 AM) (KB, ilcd) (Entered: 02/15/2007) |
| 03/01/2007 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Murphy (for Chambers) and cja atty Tim Cusack with Dft Douglas Sherman for PADI/Status Conference on 3/1/07 at 9:00 AM. Same held. PADI/Status Conference set for 3/15/2007 at 09:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #PR 9:33.) (TK, ilcd) (Entered: 03/01/2007) |
| 03/15/2007 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Walters and cja Cusack with dft Sherman for PADI/Status Conference on Thursday, 3/15/2007 - same held. Further PADI/Status Conference set for Thursday, 3/29/2007 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #PR 9:50.) (SM, ilcd) (Entered: 03/15/2007) |
| 03/29/2007 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Chambers and CJA Atty Cusack with dft Sherman for PADI/Status Conference on Thursday, 3/29/2007. Case is set for further PADI/Status Conference on Thursday, 4/12/2007 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. Bond Condition 7(t) deleted. (Tape #PR-C 9:39 A.M.) (SM, ilcd) (Entered: 03/29/2007) |
| 03/30/2007 | | Remark: Bond condition 7t deleted. Pg 2 of conditions scanned and attached to Doc #19. (TK, ilcd) (Entered: 03/30/2007) |
| 04/12/2007 | | Minute Entry for proceedings held before Judge John A. Gorman : Parties present in open court by AUSA Campbell (for Chambers) and CJA Cusack with dft Sherman for PADI/Status Conference on Thursday, 4/12/2007. Further PADI/Status Conference set for Thursday, 4/26/2007 at 9:00 AM in Courtroom C before Magistrate Judge John A. Gorman. (Tape #PR-C 9:48 A.M.) (SM, ilcd) (Entered: 04/12/2007) |
| 04/26/2007 | | Minute Entry for proceedings held before Judge John A. Gorman. Parties present in open court by AUSA Chambers, |

| | | |
|---|---|---|
| | | Atty Cusack with defendant Sherman for PADI/Status Conference at 9:00 a.m. on Thursday, 4/26/2007 - same held. PADI/Status Conference set for 9:00 a.m. on FRIDAY, 5/11/2007 in person in Peoria (Courtroom C) before Magistrate Judge John A. Gorman. (Tape #PR-C 10:08 AM.) (KB, ilcd) (Entered: 04/27/2007) |
| 05/11/2007 | | Set/Reset Deadlines/Hearings as to Douglas Sherman: PADI/Status Conference set for 9:00 a.m. on Friday, 5/11/07 not held re: defendant Sherman. Case set for PADI/Status Conference at 9:00 a.m. on Thursday, 5/24/2007 in person in Peoria (Courtroom C) before Magistrate Judge John A. Gorman. (KB, ilcd) (Entered: 05/11/2007) |
| 05/24/2007 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Chambers and cja atty Tim Cusack with Dft Douglas Sherman for PADI/Status Conference on 5/24/2007 at 9:00 AM. Same held. Dft Sherman graduated from PADI program. Dft to remain on conditions of bond as previously imposed. (Tape #PRC 9:48 AM.) (TK, ilcd) (Entered: 05/24/2007) |
| 06/07/2007 | | NOTICE OF HEARING as to Douglas Sherman Status Conference set for 6/8/2007 at 11:30 AM in Courtroom A before Judge Michael M. Mihm. (c: All Counsel/USM/USPO/Ct. Rept.)(MMM0, ilcd) (Entered: 06/07/2007) |
| 06/08/2007 | | Minute Entry for proceedings held before Judge Michael M. Mihm : AUSA Murphy/Atty Cusack with defendant Status Conference as to Douglas Sherman held on 6/8/2007. Change of Plea Hearing set for 7/12/2007 09:30 AM before Judge Michael M. Mihm. Excludable started as to Douglas Sherman: Court finds it to be in the interest of justice to continue this case and further finds the time from today to 7/12/2007 is excludable pursuant to Speedy Trial. Defendant released on existing bond and conditions.(Court Reporter KH.) (CL, ilcd) (Entered: 06/08/2007) |
| 07/12/2007 | | Minute Entry for proceedings held before Judge Michael M. Mihm: AUSA Chambers/Atty Cusack with defendant present in person and Change of Plea Hearing as to Douglas Sherman held on 7/12/2007. Written plea agreement filed in open court. Plea entered by Douglas Sherman (4) Guilty |

| | | |
|---|---|---|
| | | to Count 1. Court accepts plea and judgment of conviction is entered. Sentencing set for 10/26/2007 09:30 AM in Courtroom A before Judge Michael M. Mihm. Defendant released on existing bond and conditions. (Court Reporter KH.) (CL, ilcd) (Entered: 07/12/2007) |
| 07/12/2007 | 122 | PLEA AGREEMENT AND STIPULATION OF FACTS as to Douglas Sherman (CL, ilcd) (Entered: 07/12/2007) |
| 08/22/2007 | | Set/Reset Deadlines/Hearings as to Douglas Sherman: Sentencing reset for 10/26/2007 at 09:00 AM in Courtroom A before Judge Michael M. Mihm. PLEASE NOTE THIS IS A CHANGE IN TIME ONLY. (c: All Counsel/USM/USPO) (MMM0, ilcd) (Entered: 08/22/2007) |
| 10/02/2007 | | Remark: Restrictions to document #125-#127 - official court reporters transcripts, lifted as no requests to redact filed. (HK, ilcd) (Entered: 10/02/2007) |
| 10/18/2007 | | Set/Reset Deadlines/Hearings as to Douglas Sherman: Sentencing reset for 11/15/2007 at 11:00 AM in Courtroom A before Judge Michael M. Mihm. (MMM0, ilcd) (Entered: 10/18/2007) |
| 11/15/2007 | | Minute Entry for proceedings held before Judge Michael M. Mihm: Parties present in open court by AUSA Murphy, Atty Cusack with defendant Douglas Sherman (4) for Sentencing at 11:00 a.m. on Thursday, 11/15/2007. Court sentences defendant as follows: On Count 1, Defendant is sentenced to time served, 5 years supervised release, no fine and $100 special assessment; Count 12, Oral motion by Government to dismiss Count 12 - no objection - same granted. Defendant advised of appeal rights. (Court Reporter KH.) (KB, ilcd) Modified on 11/21/2007 to correct amount of years for supervised relese (KB, ilcd). (Entered: 11/16/2007) |
| 11/20/2007 | 131 | JUDGMENT as to Douglas Sherman (4), Count(s) 1, Defendant is sentenced to time served, 5 years supervised release, no fine and $100 special assessment.; Count(s) 12, Oral motion by Government to dismiss count 12 - no objection - same granted. Entered by Judge Michael M. Mihm on 11/20/2007. (CL, ilcd) Modified on 11/21/2007 to correct supervised release time to 5 years (KB, ilcd). |

| | | |
|---|---|---|
| | | (Entered: 11/21/2007) |
| 11/20/2007 | 132 | +++ SEALED DOCUMENT. Non redacted J & C as to **Douglas Sherman** (CL, ilcd) (Entered: 11/21/2007) |
| 11/20/2007 | 133 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Douglas Sherman (CL, ilcd) (Entered: 11/21/2007) |
| 11/20/2007 | 134 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Douglas Sherman (CL, ilcd) (Entered: 11/21/2007) |
| 11/20/2007 | 135 | +++ **SENTENCING RECOMMENDATION** as to Douglas Sherman. (CL, ilcd) (Entered: 11/21/2007) |
| 11/21/2007 | | Notice of Docket Text or Event Modification re: Sentencing Minutes entered on 11/15/07 for defendant Douglas Sherman. Clerk corrected the amount of time for supervised release to 5 years (not 3 years). Sentencing minutes reflect the modification. (KB, ilcd) (Entered: 11/21/2007) |
| 01/03/2008 | | Remark: NEF's regenerated for minute entry entered 12/18/07 as to defendant Terry Bennett (CL, ilcd) (Entered: 01/03/2008) |
| 01/07/2008 | 178 | MOTION to Dispose of Defendant's FOID Card *and Proposed Order* by USA as to Douglas Sherman. (Murphy, Bradley) (Entered: 01/07/2008) |
| 01/24/2008 | 180 | OFFICIAL COURT REPORTER'S Transcript of Proceedings as to Adrein Bennett, Terry Bennett, Neashon Washington, Kontyus Robinson held on 1/11/2007, before Judge Michael Mihm. Court Reporter/Transcriber K. Hanna, Telephone number 309-671-7034. **IMPORTANT: The parties have five (5) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the** |

|  |  | transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.<br><br>Redaction Request due 2/14/2008. Redacted Transcript Deadline set for 2/25/2008. Release of Transcript Restriction set for 4/23/2008. (CL, ilcd) (Entered: 01/24/2008) |
|---|---|---|
| 01/28/2008 | 183 | ORDER granting 178 Motion to dispose or destroy FOID card as to Douglas Sherman (4). Entered by Judge Michael M. Mihm on 1/28/08. (RK, ilcd) (Entered: 01/28/2008) |
| 02/01/2008 | 185 | Probation Jurisdiction Transferred to Northern District of Illinois as to Douglas Sherman Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (TK, ilcd) (Entered: 02/04/2008) |

```
                    United States District Court
                          Account Summary


                                                         02/04/2008


       SHERMAN, DOUGLAS                  Case Number   0753 1 0610033 004
                                         Assessment            100.00
   ,                                     Fine                    0.00
                                         Restitution             0.00
```

---

**Special Assessment - 504100**

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 11/15/2007 | P20645 | CASH | 100.00 | | 0.00 |

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: _____
          DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: _____